### WILSON v. STATE.

(Court of Criminal Appeals of Texas. Feb. 8, 1911.)

CRIMINAL LAW (§ 1097*) — STATEMENT OF FACTS—REVIEW OF EVIDENCE.

The sufficiency of evidence to sustain a conviction cannot be reviewed, in the absence of a statement of facts.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. § 2938; Dec. Dig. § 1097.*]

Appeal from Criminal District Court, Dallas County; Robert B. Seay, Judge.

John Wilson, alias Bully Wilson, was convicted of burglary, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was for burglary.

The record is before us without a statement of facts or bills of exception. The only ground of the motion for new trial is the alleged insufficiency of the evidence to support the conviction. In the absence of the statement of facts, this matter cannot be revised.

The judgment is affirmed.